NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ISAAC A. POTTER, JR.,**
*Plaintiff-Appellant,*

**v.**

**ROBERTA S. BREN AND OBLON SPIVAK,**
*Defendants-Appellees,*

AND

**MICHELLE K. LEE, DEPUTY DIRECTOR, U.S. PATENT AND TRADEMARK OFFICE, AND LINDA M. KING,**
*Defendants-Appellees.*

---

2014-1379

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:13-cv-01417-CMH-IDD, Senior Judge Claude M. Hilton.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Appellees respond to this court's March 31, 2014 show cause order. Isaac A. Potter, Jr. moves for entry of judgment, to disqualify appellees' counsel, and for various other relief. Appellees respond.

Mr. Potter filed his action in the United States District Court for the Eastern District of Virginia, and it appears that his district court complaint challenges, at least in part, registration of the trademark KNIGHTS OF THE ZODIAC to registrant Toei Animation Co. Mr. Potter has previously filed an interlocutory appeal in the same case to the U.S. Court of Appeals for the Fourth Circuit. Mr. Potter's current appeal appears to stem from the district court's order granting certain defendants' motions to dismiss and directing Mr. Potter to file an amended complaint.

This court is a court of limited jurisdiction. 28 U.S.C. § 1295. Upon review, we conclude that the district court's jurisdiction did not arise in whole or in part under the laws specified in § 1295 as defining this court's appellate jurisdiction. This court therefore lacks jurisdiction over this appeal. We deem it the better course to transfer the matter to the Fourth Circuit pursuant to 28 U.S.C. § 1631.

Accordingly,

IT IS ORDERED THAT:

This appeal and all pending motions are transferred to the United States Court of Appeals for the Fourth Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30